v.

**RANBAXY LABORATORIES LIMITED and Ranbaxy, Inc.,**
**Defendants–Cross Appellants.**

Nos. 2010–1056, 2010–1101.

United States Court of Appeals, Federal Circuit.

Aug. 24, 2010.

**Rose M. DEWS–MILLER,**
**Plaintiff–Appellant,**

v.

**Hillary CLINTON, Secretary of State, Defendant–Appellee.**

No. 2010–1387.

United States Court of Appeals, Federal Circuit.

Aug. 26, 2010.

## *ORDER*

Pursuant to this court's order filed July 27, 2010,

IT IS ORDERED THAT:

The appeal is hereby transferred to the United States Court of Appeals for the District of Columbia Circuit.